IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR215 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MARCUS TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 30th day of August, 2012, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 20). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Marcus Terry.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Marcus Terry.

3. The defendant is hereby released from the custody of the U.S. Marshal.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge